814

Banks, Appellant, *v.* Pennsylvania Board of
Probation and Parole.

Submitted
March 9, 1970. *Richard D. Walker,* Public Defender,
for appellant; *Frank P. Lawley, Jr.,* Deputy Attorney
General, and *William C. Sennett,* Attorney General, for
Commonwealth, appellee.

Order affirmed.

Brown *v.* Children's Hospital of Philadelphia
et al., Appellants.

Argued March 17,
1970. *Joseph J. Murphy,* with him *Harris I. Weisbord*
and *Vincent C. Veldorale,* and *Murphy, Veldorale,
Weisbord & Dougherty,* for appellants; *Norman Shigon,* for appellee.

Order affirmed.